IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-30020-GPM |
| | ) |
| BONNIE GAIL ARNEL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On July 25, 2005, after defendant Bonnie Gail Arnel failed to appear for arraignment, a bench warrant was issued for her arrest. **(Doc. 19).** Before the Court is the sealed motion of defendant Arnel to quash the bench warrant issued for her arrest. **(Doc. 20).** Also before the Court is the government's response. **(Doc. 21)**.

As a preliminary matter, the Court questions why Arnel's motion warrants being sealed. No rationale has been offered by defense counsel, and the Court does not perceive that the information revealed and discussed is of a nature that warrants sealing, particularly since Arnel is attempting to prevent justice from moving forward based on her vaguely described health situation. Therefore, Arnel's motion **(Doc. 20)** will be unsealed, and this order will not be sealed.

Arnel's arraignment has been reset six times since March 2005, all in an effort to accommodate her purported health problems, and to allow counsel to explore having this case transferred to the Eastern District of California. By order dated May 19, 2005, the Court required any further continuance be premised upon a sworn affidavit from Arnel's physician. **(Doc. 13).** In the absence of the required sworn affidavit, any meaningful evidence regarding Arnel's true health status and any progress on the transfer issue, a warrant was issued for Arnel's arrest. The Court

contemplated that, upon arrest and appearance before a magistrate judge in California, Arnel's situation could be evaluated by the Court and Pretrial Services Office in California, before any action toward transferring Arnel back to Illinois was taken by the U.S. Marshal. The government is not seeking detention.

Defense counsel has now submitted a notarized– but not sworn– letter from Dr. Samuel D. Champaign indicating that traveling "east" would endanger Arnel's life due to her morbid obesity, diabetes, coronary artery disease and degenerative joint disease. Dr. Champaign did not elaborate on Arnel's condition or specify why flying to Illinois would endanger Arnel's life. In any event, no decision about transporting Arnel to Illinois has been made yet. Surely, if Arnel can travel to see her doctors, she can travel approximately one hour and forty-five minutes to Court in Fresno, California, where a judge, the Pretrial Services Office and U.S. Marshal can assess her situation and/or obtain additional evidence regarding her medical condition.

**IT IS THEREFORE ORDERED** that defendant Bonnie Gail Arnel's motion to quash the warrant issued for her arrest **(Doc. 20)** is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **UNSEAL** Arnels' motion to quash **(Doc. 20)** and scan it into the public record.

**SO ORDERED.**

**DATE: July 27, 2005**

                                            s/ Clifford J. Proud
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**