IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 05-30020-GPM |
| BONNIE GAIL ARNEL, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Defendant Bonnie Gail Arnel has been ordered to appear for arraignment. Defense counsel has submitted a letter dated September 18, 2005, updating the Court on defendant Arnel's ability to travel from California to this District for arraignment. **(Attachment A).** By letter dated September 9, 2005, Dr. Champaign, Arnel's treating physician, opined that traveling would be dangerous to Arnel's health. Arnel is scheduled to see Dr. Champaign again on September 30, 2005.

The Court is willing to extend the deadline for plaintiff to appear in this District for arraignment to October 14, 2005. Dr. Champaign's letter is unsworn, and is devoid of details that would explain why travel would be harmful to Arnel's health. Defendant Arnel should be forewarned that if she fails to appear by October 14, 2005, it is extremely likely that a warrant for her arrest will be issued, and the U.S. Marshal will take over responsibility for her medical care and arranging for transportation to this District.

**IT IS THEREFORE ORDERED** that on or before **October 4, 2005**, defense counsel shall provide the Court with a written update of the outcome of Arnel's October 1, 2005, examination by Dr. Champaign.

**IT IS FURTHER ORDERED** that defendant Bonnie Gail Arnel shall appear in this District for arraignment on or before **October 14, 2005**.  For the convenience of the defendant, the Court remains more than willing to set a specific date and time.

**SO ORDERED.**

**DATE:  September 20, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
