IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 05-30020-GPM |
| BONNIE GAIL ARNEL, | ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Defendant's motion for a status conference regarding her intention to plead guilty in the United States District Court for the Eastern District of California. Defendant's motion is premature. Defendant has not been arraigned on the Indictment that contains 43 counts against her. Magistrate Judge Proud attempted for 7 months to arraign Defendant. Finally, bond was revoked, and an arrest warrant was issued. The status of Defendant's arrest is unclear at this time. As noted by Defendant in her motion, this case has a "tortuous history." However, she has no one to blame but herself. This tortuous history could have been avoided had she complied with Magistrate Judge Proud's Orders and cooperated with her attorney. She will not be allowed to appear in this Court by telephone for a status conference. The motion (Doc. 32) is **DENIED**.

IT IS SO ORDERED.

DATED: 03/16/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge